UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MUHARREM BALKANLI, the indemnified: an American Chief Banker, and UNITED STATES OF AMERICA,

        Plaintiffs,

-against-

MUHARREM BALKANLI,

        Defendant.

**ORDER**

20 Misc. 726 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    Pro se Plaintiff Muharrem Balkanli has filed this action as a purported miscellaneous case. (See Dkt. No. 1) Plaintiff appears to be suing himself as a "Private American International Chief Banker/Trader." (Id. at 2) His filing does not fall within any of the listed categories of miscellaneous matters. Accordingly, the action will be dismissed.

    In the event that Plaintiff wishes to re-file this action, he must re-file it as a civil action and either pay the filing fee or submit an in forma pauperis application.

    The Clerk of Court is directed to close this case.

    A copy of this order will be mailed to pro se Plaintiff by Chambers.

Dated: New York, New York
       December 9, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge